UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD MONTGOMERY,<br><br>  Petitioner,<br><br> v.<br><br> SAN BERNARDINO SUPERIOR COURT, et al.,<br><br>  Respondent. | No. 2:16-cv-0011 GGH P<br><br><br> ORDER |

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has not paid the filing fee or filed an application to proceed in forma paupers.

The application attacks a conviction issued by the San Bernardino Superior Court. While both this court and the United States District Court in the district where petitioner was convicted have jurisdiction, see Braden v. 30th Judicial Circuit Court, 410 U.S. 484 (1973), any and all witnesses and evidence necessary for the resolution of petitioner's application are more readily available in San Bernardino County. Id. at 499 n.15; 28 U.S.C. § 2241(d).

/ / /

/ / /

/ / /

/ / /

1

1  Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that this matter is
2  transferred to the United States District Court for the Central District of California.
3  Dated: January 12, 2016

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

/kly
mont0011.108