JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| EDWARD MONTGOMERY, | ) | Case No. ED CV 16-0069 AG (JCG) |
| Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| SAN BERNARDINO SUPERIOR COURT, *et al.* | ) | |
| Respondents. | ) | |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITHOUT PREJUDICE** for the reasons set forth in the Order Summarily Dismissing Petition for Writ of Habeas Corpus for Lack of Jurisdiction and Denying Certificate of Appealability.

DATED: February 01, 2016

_____
HON. ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE